UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JASON BLAINE ROCHON** | **CASE NO. 6:21-CV-04088** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **JAMES LAMBERT, ET AL.** | **MAG. JUDGE WHITEHURST** |

## JUDGMENT

Before the Court is United States Magistrate Judge Carol B. Whitehurst's report and recommendation to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

Signed at Lafayette, Louisiana, this 21st day of December, 2021.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE